Case 5:23-cv-00109 Document 6 Filed on 10/19/23 in TXSD Page 1 of 6

United States Courts
Southern District of Texas
FILED
OCT 19 2023
Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

LAWRENCE (LARRY) W. SINCLAIR )
        Plaintiff, Pro Se )
    ) Case No. 5:23-CV-109
VS )
)
BRIAN MARK KRASSENSTEIN, et al )
        Defendants. )

**PLAINTIFF SUPPLEMENTAL BRIEFING PURSUANT TO COURTS ORDER**

**DATED OCTOBER 17, 2023 and AMENDED COMPLAINT**

Come Now Plaintiff Lawrence (Larry) W. Sinclair, Pro Se in accordance with this Honorable Courts ORDER dated October 17, 2023 directing plaintiff submit supplemental briefing as to why this case should not be dismissed for lack of jurisdiction and plaintiffs Amended Complaint wherein citizenship of Defendant Forum Advertising LLC has been amended.

Plaintiff states this case should not be dismissed and has attached hereto for filing Plaintiffs Amended Complaint and states as follows:

1. As the to issue of Jurisdiction as it relates to defendant Forum Advertising LLC plaintiff states Forum Advertising LLC has Two members as listed by the State of Florida Secretary of State's Office Division of Corporations (A copy of

1

26    said Business filing is attached hereto as Exhibit A consisting of Three (3)
27    pages) who are Brian Krassenstein and Edward Krassenstein; and
28    2. As noted in this Court's ORDER dated October 17, 2023 the court has found
29    plaintiff has properly pled citizenship of defendants Brian Mark Krassenstein
30    and Edward Lawrence Krassenstein as citizens of Florida for purpose of
31    jurisdiction. As both sole members of defendant Forum have been established
32    as citizens of Florida defendant Forum Advertising LLC citizenship is also that
33    of Florida.
34    **3.** Plaintiff has attached hereto Plaintiffs **AMENDED COMPLAINT AND JURY**
35    **DEMAND** in which Two (2) amendments have been made. The first being the
36    address for defendant Edward Lawrence Krassenstein which was recently
37    discovered to not be the address set forth on Annual Reports filed with the
38    Florida Division of Corporations; and the second under Parties Number 5
39    Defendant Forum Advertising LLC noting Forum has Two members both of
40    whom are defendants Brian Mark Krassenstein and Edward Lawrence
41    Krassenstein.

42    WHEREFORE Plaintiff respectfully requests this Honorable Court FIND plaintiff
43    has properly pled this Courts Jurisdiction as to ALL named defendants, authorize the
44    case to proceed and GRANT plaintiffs pending Motion to Proceed in Forma Paupris
45    sitting before the Court.

46    Dated: October 19, 2023,                                    Respectfully Submitted,

47

Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
Mailing Address
c/o 1520 Sherman Street
Laredo, Texas 78040
602-583-3626
Email: lsnewsgroup@gmail.com

DIVISION OF CORPORATIO...



EXHIBIT A



Division of
CORPORATIONS
an official State of Florida website

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
FORUM ADVERTISING LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L14000003100 |
| **FEI/EIN Number** | 46-4513869 |
| **Date Filed** | 01/07/2014 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

15128 Anchorage Way
Fort Myers, FL 33908

Changed: 03/02/2016

### Mailing Address

15128 Anchorage Way
Fort Myers, FL 33908

Changed: 03/02/2016

### Registered Agent Name & Address

KRASSENSTEIN, BRIAN
15128 Anchorage Way
Fort Myers, FL 33908

Address Changed: 03/02/2016

### Authorized Person(s) Detail

**Name & Address**

Title MGR

KRASSENSTEIN, BRIAN
15128 Anchorage Way
Fort Myers, FL 33908

Title MGR

KRASSENSTEIN, EDWARD
15231 INTRACOASTAL CT
FORT MYERS, FL 33908

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2021 | 04/05/2021 |
| 2022 | 04/12/2022 |
| 2023 | 04/08/2023 |

## Document Images

| | |
|---|---|
| 04/08/2023 – ANNUAL REPORT | View image in PDF format |
| 04/12/2022 – ANNUAL REPORT | View image in PDF format |
| 04/05/2021 – ANNUAL REPORT | View image in PDF format |
| 01/18/2020 – ANNUAL REPORT | View image in PDF format |
| 05/19/2019 – ANNUAL REPORT | View image in PDF format |
| 03/26/2018 – ANNUAL REPORT | View image in PDF format |
| 04/30/2017 – ANNUAL REPORT | View image in PDF format |
| 03/02/2016 – ANNUAL REPORT | View image in PDF format |
| 01/10/2015 – ANNUAL REPORT | View image in PDF format |
| 01/07/2014 – Florida Limited Liability | View image in PDF format |

## 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000003100

**Entity Name:** FORUM ADVERTISING LLC

**Current Principal Place of Business:**

15128 ANCHORAGE WAY
FORT MYERS, FL 33908

**Current Mailing Address:**

15128 ANCHORAGE WAY
FORT MYERS, FL 33908 US

**FEI Number:** 46-4513869

**Name and Address of Current Registered Agent:**

KRASSENSTEIN, BRIAN
15128 ANCHORAGE WAY
FORT MYERS, FL 33908 US

**FILED**
**Apr 08, 2023**
**Secretary of State**
**9292764327CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                          Date

### Authorized Person(s) Detail :

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | KRASSENSTEIN, BRIAN | Name | KRASSENSTEIN, EDWARD |
| Address | 15128 ANCHORAGE WAY | Address | 4921 SW 25TH PLACE |
| City-State-Zip: | FORT MYERS FL 33908 | City-State-Zip: | CAPE CORAL FL 33914 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

| SIGNATURE: EDWARD KRASSENSTEIN | MGR | 04/08/2023 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |