UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE W. SINCLAIR | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 23-CV-109 |
| | § | |
| BRIAN M. KRASSENSTEIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

Before the Court is Plaintiff's sealed *Ex Parte* Motion for CM/ECF User Name and Password. (Dkt. No. 7). Plaintiff requests that the Court provide him with log-in credentials to access CM/ECF for electronic filing. (*Id.* at 3). Plaintiff asserts that his ability to file electronically would reduce the burden of having to print and mail Court documents to four different defendants. (*Ibid.*). He states he is familiar with Court rules and what personal information is prohibited from being filed electronically given he had similar credentials in the District Court for the District of Columbia. (*Id.* at 2-3). Plaintiff alleges he is a current registered user of PACER[1], has consistent broadband internet access, and can file and receive filings electronically. (*Ibid.*).

Pursuant to Local Rule 5 Filing Requirements of the United States District Court for the Southern District of Texas, the Court requires documents be filed, signed, or verified by electronic means. Although, not specific to pro se plaintiffs, the Court agrees that granting Plaintiff limited access to CM/ECF would serve to progress the matter before the Court and avoid unnecessary delays.

Accordingly, the Court **GRANTS** Plaintiff's request and **DIRECTS** the Clerk's Office to (1) register Plaintiff's email address, lsnewsgroup@gmail, to receive electronic notices from the CM/ECF system and (2) provide Plaintiff access to the CM/ECF system

---

[1] Plaintiff will have to create a PACER account with the United States District Court for the Southern District of Texas to obtain the requested credentials.

for the purpose of filing pleadings in this case only.[2] Plaintiff will not have the ability to view or file documents in any case other than the above-styled case.

It is so **ORDERED**.

**SIGNED** on October 23, 2023.

_____
John A. Kazen
United States Magistrate Judge

---

[2] The Plaintiff is hereby notified that upon being registered to receive electronic notices, the Clerk will not mail hard copies of docket entries to Plaintiff. It is the Plaintiff's responsibility to monitor the email address provided and this case docket. Additionally, all documents must be filed as a PDF file.