AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR <br><br> *Plaintiff(s)* <br><br> v. <br><br> BRIAN MARK KRASSENSTEIN, EDWARD LAWRENCE KRASSENSTEIN, E&B ADVERTISING, INC., FORUM ADVERTISING LLC <br><br> *Defendant(s)* | Civil Action No. 5:23-CV-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E&B ADVERTISING INC
BRIAN MARK KRASSENSTEIN Agent
15128 Anchorage Way
Fort Meyers, Florida 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LAWRENCE (LARRY) W. SINCLAIR
c/o 1520 Sherman Street
Laredo, Texas 78040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 24, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR<br><br>*Plaintiff(s)*<br>v.<br>BRIAN MARK KRASSENSTEIN, EDWARD LAWRENCE KRASSENSTEIN, E&B ADVERTISING, INC., FORUM ADVERTISING LLC<br><br>*Defendant(s)* | Civil Action No. 5:23-CV-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN MARK KRASSENSTEIN
15128 Anchorage Way
Fort Meyers, Florida 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAWRENCE (LARRY) W. SINCLAIR
c/o 1520 Sherman Street
Laredo, Texas 78040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 24, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR <br><br> *Plaintiff(s)* <br> v. <br> BRIAN MARK KRASSENSTEIN, EDWARD LAWRENCE KRASSENSTEIN, E&B ADVERTISING, INC., FORUM ADVERTISING LLC <br><br> *Defendant(s)* | Civil Action No. 5:23-CV-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FORUM ADVERTISING LLC
BRIAN MARK KRASSENSTEIN Agent
15128 Anchorage Way
Fort Meyers, Florida 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAWRENCE (LARRY) W. SINCLAIR
c/o 1520 Sherman Street
Laredo, Texas 78040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 24, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR <br><br> *Plaintiff(s)* <br><br> v. <br><br> BRIAN MARK KRASSENSTEIN, EDWARD LAWRENCE KRASSENSTEIN, E&B ADVERTISING, INC., FORUM ADVERTISING LLC <br><br> *Defendant(s)* | Civil Action No. 5:23-CV-109 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* EDWARD LAWRENCE KRASSENSTEIN
15251 Intracoastal Ct
Fort Meyers, Florida 33908;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAWRENCE (LARRY) W. SINCLAIR
c/o 1520 Sherman Street
Laredo, Texas 78040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 24, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*