UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE (LARRY) W. SINCLAIR | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | Case No. 5:23-CV-109 |
| VS | ) | |
| | ) | |
| BRIAN MARK KRASSENSTEIN, et al | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF LAWRENCE (LARRY) W. SINCLAIR EX-PARTE MOTION FOR ORDER DIRECTING US MARSHAL SERVICE TO EFFECT SERVICE OF SUMMONS**

I, Lawrence (Larry) W. Sinclair, am the Plaintiff in the above titled action and make the following statements based upon personal knowledge as to the facts thereof under the penalty of perjury.

On October 24, 2023 I did obtain Summons from the Court Clerk in person in Laredo Texas; and

On October 24, 2023 I placed Summons, Notice and Acknowledgement of Service by Mail, Notice and Request to Waive Service and Waiver of Service along with copy of the Complaint and a self addressed stamped postage prepaid return

6

envelope in a United States Postal Service Priority Mail envelope addressed to each named defendant with signature verification service included and deposited them at the United States Post Office in Laredo Texas located at 1300 Matamoros St, Laredo, TX 78040

On October 28, 2023 the above listed documents were delivered to Defendant Edward Lawrence Krassenstein at 12:21 PM ET as confirmed by United States Postal Service Proof of Delivery and signed for by a "RT" as shown in Exhibit A Proof of Delivery (NOTE: In accordance with Court Rules regarding personal addresses the street name has been redacted)

On October 27, 2023 the above listed documents were delivered to Defendants Brian Mark Krassenstein; Forum Advertising LLC and E&B Advertising Inc., at 11:37 AM ET as confirmed by United States Postal Service Proof of Delivery and signed for by "Brian" as shown in Exhibit B 3 pages Proof of Delivery (NOTE: In accordance with Court Rules regarding personal addresses the street name on Brian Mark Krassensteins has been redacted)

I did make additional attempts to secure Defendants agreement to waive service online via their X (Formerly known as Twitter) accounts where Defendant Edward Lawrence Krassenstein responded he had no intention of waiving anything.

Attached as Exhibit C are True and exact screenshots from Defendant Edward Lawrence Krassenstein X account from October 10, 2023 acknowledging

7

the suit and October 11, 2023 responding to Plaintiffs request of waiver of service where Defendant states he is not waiving anything

Attached as Exhibit D are true and exact screenshot from Defendant Edward Krassenstein X account showing where his October 11, 2023 response refusing to waive service has been deleted by defendant.

Attached as Exhibit E are true and exact screenshots from Defendant Edward Krassenstein X account showing defendants statements of intent to fight process.

The above statements are true and correct and based upon Plaintiffs personal knowledge and are made in support of Plaintiffs MOTION FOR ORDER DIRECTING US MARSHAL SERVICE TO EFFECT SERVICE OF SUMMONS

Signed under penalty of perjury this 26th day of November 2023.

*Lawrence Sinclair*

Lawrence (Larry) W. Sinclair

Plaintiff, Pro Se
Mailing Address
c/o 1520 Sherman Street
Laredo, Texas 78040
602-583-3626