

November 11, 2023

Dear LAWRENCE Larry SINCLAIR:

**Plaintiff Exhibit A**
**Defendant Edward Lawrence Krassenstein**
**Proof of Delivery**

The following is in response to your request for proof of delivery on your item with the tracking number: **9407 8301 0935 5000 8571 74**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 28, 2023, 12:21 pm |
| **Location:** | FORT MYERS, FL 33908 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Recipient Name:** | EDWARD KRASSENSTEIN |
| **Actual Recipient Name:** | R T |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 15251 |
| **City, State ZIP Code:** | FORT MYERS, FL 33908-1830 |

## Recipient Signature

Signature of Recipient: *R T*

Address of Recipient: *R 78*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 27, 2023

**Plaintiff Exhibit B page 1 of 3**
**Defendant Forum Advertising LLC**
**Proof of Delivery**

Dear LAWRENCE SINCLAIR:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9407 8301 0935 5000 8576 79**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2023, 11:37 am |
| **Location:** | FORT MYERS, FL 33908 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Recipient Name:** | Brian Krassenstein |
| **Actual Recipient Name:** | B KRASSENSTEIN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 15128 ANCHORAGE WAY |
| **City, State ZIP Code:** | FORT MYERS, FL 33908-1811 |

## Recipient Signature

Signature of Recipient: *BKFAIr*

Address of Recipient: 15128 ANCHORAGE WAY, FORT MYERS, FL 33908

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 27, 2023

Dear LAWRENCE SINCLAIR:

**Plaintiff Exhibit B page 2 of 3**
**Defendant E&B Advertising Inc**
**Proof of Delivery**

The following is in response to your request for proof of delivery on your item with the tracking number: **9407 8301 0935 5000 8576 55**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2023, 11:37 am |
| **Location:** | FORT MYERS, FL 33908 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Recipient Name:** | Brian Krassenstein |
| **Actual Recipient Name:** | B KRASSENSTEIN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 15128 ANCHORAGE WAY |
| **City, State ZIP Code:** | FORT MYERS, FL 33908-1811 |

## Recipient Signature

Signature of Recipient: *[signature: BKFAr]*
15128 ANCHORAGE WAY,
FORT MYERS, FL 33908

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 27, 2023

Dear LAWRENCE SINCLAIR:

**Plaintiff Exhibit B page 3 of 3**
**Defendant Brian Mark Krassenstein**
**Proof of Delivery**

The following is in response to your request for proof of delivery on your item with the tracking number:
**9407 8301 0935 5000 8576 62**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2023, 11:37 am |
| **Location:** | FORT MYERS, FL 33908 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Recipient Name:** | Brian Krassenstein |
| **Actual Recipient Name:** | B KRASSENSTEIN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 15128 |
| **City, State ZIP Code:** | FORT MYERS, FL 33908-1811 |

## Recipient Signature

Signature of Recipient: *[signature: BKFAn]*

Address of Recipient: 15128 ANCHORAGE WAY, FORT MYERS, FL 33908

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004