# PLAINTIFF EXHIBIT C

## 4 pages



Post

Ed Krassenstein
@EdKrassen

Subscribe

I just wanted to quickly address the absurd **$45M defamation lawsuit brought by Larry Sinclair** against me and @Krassenstein.

His allegations that we defamed him by claiming that he was a convicted fraudster, is not defamation (even if we said it) because he was in fact convicted of forgery which is a form of fraud.

His allegations that we defamed him by claiming he had a 27-year criminal history, which is widely reported by various organizations dating back over 10 years, is ridiculous. According to reports and criminal records, he was charged with crimes starting in 1977, and he was also reportedly arrested in 2007. Additionally he was charged or convicted of other crimes within that 30-year time period.

His allegations that we said he failed 2 polygraph tests, is not true as far as I know, even though he claims we did say it in his lawsuit. Regardless there are reports that he did fail 2 polygraph tests in 2008. Additionally there are documents showing his polygraphs resulted in an evaluation of "deception indicated," although Sinclair claims that additional review of those results showed that he was not deceptive. That doesn't change the fact that he originally failed the polygraph tests when taken, according to the individual who administrated the test at the time. This individual is a world-renown polygraph administrator. Even if we did make the claim that he failed 2 tests, which I haven't seen any evidence of us saying, it is still true that he initially failed a polygraph test, thus this is not defamation.

While the lawsuit appears to be filed in US court in Texas, Sinclair is apparently trying to convince the courts that he can't afford to pay the fees. So far, we have not been served, nor do we know if we will be. We are strongly considering a counter lawsuit because of lies he has posted about us, that we believe constitutes defamation, as well as examining additional legal course of action.



His allegations that we said he failed 2 polygraph tests, is not true as far as I know, even though he claims we did say it in his lawsuit. Regardless there are reports that he did fail 2 polygraph tests in 2008. Additionally there are documents showing his polygraphs resulted in an evaluation of "deception indicated," although Sinclair claims that additional review of those results showed that he was not deceptive. That doesn't change the fact that he originally failed the polygraph tests when taken, according to the individual who administrated the test at the time. This individual is a world-renown polygraph administrator. Even if we did make the claim that he failed 2 tests, which I haven't seen any evidence of us saying, it is still true that he initially failed a polygraph test, thus this is not defamation.

While the lawsuit appears to be filed in US court in Texas, Sinclair is apparently trying to convince the courts that he can't afford to pay the fees. So far, we have not been served, nor do we know if we will be. We are strongly considering a counter lawsuit because of lies he has posted about us, that we believe constitutes defamation, as well as examining additional legal course of action.



10:01 AM · Oct 10, 2023 · **251.7K** Views



