# PLAINTIFF EXHIBIT D

**Ed Krassenstein** @EdKrassen · Oct 11

Yeah, I have no clue where @seeknmeann got that number from.

💬 1    🔁    ♡ 1    📊 199

**Larry Sinclair** @seeknmeann · Oct 11

Now that you have published your addressing the suit you care to respond as to waiver of service or do you wish to continue to provide more and more to use against you in court? I am ok with which ever you decide.

💬    🔁    ♡ 1    📊 59

This Post was deleted by the Post author. Learn more

**Larry Sinclair** @seeknmeann · Oct 11

Thank you sir I will file your response with the court.

💬    🔁    ♡    📊 20