# PLAINTIFF EXHIBIT E

