IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE (LARRY) W. SINCLAIR,<br>    *Plaintiff,*<br><br>v.<br><br>BRIAN MARK KRASSENSTEIN,<br>EDWARD LAWRENCE KRASSENSTEIN,<br>E&B ADVERTISING, INC., AND<br>FORUM ADVERTISING LLC,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-CV-109 |

## ORDER

The Court, having considered Plaintiff's complaint and Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in the alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, now orders that:

_____ Defendants' 12(b)(6) Motion to Dismiss is GRANTED, and Defendants' Motion to Transfer Venue is DENIED as moot;

_____ Defendants' 12(b)(6) Motion to Dismiss is DENIED, and Defendants' Motion to Transfer Venue is GRANTED, and this Court orders this case transferred to the United States Court for the Middle District of Florida, Fort Myers Division;

_____ Defendants' 12(b)(6) Motion to Dismiss is DENIED, and Defendants' Motion to Transfer Venue is also DENIED;

_____ Defendants' 12(b)(6) Motion to Dismiss and Defendants' Motion to Transfer Venue are DENIED as moot, because this Court lacks subject-matter jurisdiction.

_____
JUDGE PRESIDING

SIGNED THIS _____ DAY OF _____, 2024.

ORDER ON DEFENDANTS' 12(B)(6) MOTION TO DISMISS    SOLO PAGE
AND ALTERNATIVELY, MOTION TO TRANSFER VENUE