# EXHIBIT 1

# AFFIDAVIT

STATE OF TEXAS

COUNTY OF WEBB

BEFORE ME, the undersigned authority, personally appeared ERIK GAMEZ, who, upon first being duly sworn, deposes and says:

1. My name is Erik Gamez. I am over the age of twenty-one (21), and I am competent to testify under penalty of perjury as to the following facts:

2. I am a US Citizen and Citizen of Texas, lifetime resident of Laredo, Texas

3. I am second generation owner of family business Champions Fine Meats located at 1520 Sherman St, Laredo, Texas 78040

4. I personally know and am friends with Lawrence (Larry) W. Sinclair and am aware of his financial and physical difficulties he has experienced since 2022

5. I have allowed Mr. Sinclair to reside in a building on the property of 1520 Sherman Street, Laredo, Texas for the purpose of maintaining his belongings, having a place to sleep, prepare meals and receive his mail for the better part of 18 plus months.

6. Mr. Sinclair has used the shower in my home in Laredo Texas because there is not a shower at 1520 Sherman St property.

7. Mr. Sinclair has used the property at 1520 Sherman Street almost exclusively with only exceptions being when he stayed at a mutual friends home or was in Nuevo Laredo, Tamaulipas, Mexico receiving medical treatments.

8. I can personally affirm Mr. Sinclair does not now nor has he in the last four (4) years lived in Monterrey, Nuevo Leon, Mexico and the only time he has been to Monterrey was December 9, 2022 when he drove my wife to pick up her wedding dress because she was uncomfortable driving there alone.

9. Mr. Sinclair does on occasion stay at a house in Nuevo Laredo which when not rented is made available to him after undergoing medical procedures.

10. At no time has anyone named in this action or counsel for anyone named in this action ever contacted me to ask if Mr. Sinclair was staying, had personal belongings or property, or received his mail directly at 1520 Sherman Street Laredo, Texas 78040, or any thing else concerning Mr. Sinclair.

Further, affiant sayeth naught.

_____
Erik Gamez

**SUBSCRIBED AND SWORN TO** before me on the 31st day of January 2024, by **Erik Gamez**. Who is personally known to me.

_____
Notary Public Signature

Isaura Margarita Alvarado
Notary Public State of Texas, County of Webb.

NOTARY SEAL



ISAURA MARGARITA ALVARADO
Notary Public, State of Texas
Comm. Expires 05-02-2024
Notary ID 130644579