# EXHIBIT 2

# AFFIDAVIT

STATE OF TEXAS

COUNTY OF WEBB

BEFORE ME, the undersigned authority, personally appeared Lawrence (Larry) W. Sinclair who, upon first being duly sworn, deposes and says:

1. My name is Lawrence (Larry) W. Sinclair. I am over the age of twenty-one (21), and I am competent to testify under penalty of perjury as to the following facts:

2. I am a US Citizen and Citizen State of Texas, City of Laredo, County of Webb.

3. I am a registered voter in Webb County Texas

4. I hold a Texas Drivers Licensed issued on February 10, 2022.

5. I have a motor vehicle registered in Webb County Texas.

6. I have Texas License Plates on my vehicle.

7. I receive my mail at and my financial debit cards are registered to 1520 Sherman Street Laredo, Texas 78040 and have been since 2022.

8. I have as set forth in my application to proceed in forma paupris in this case since late 2022 resided at 1520 Sherman Street Laredo, Texas as well as spending some nights at other friends homes after becoming financially and physically unable to retain private residence.

9. I do not and have not ever lived in Monterrey Nuevo Leon Mexico as claimed by defendants.

10. I have at no time represented the signature line on my emails to be my address and in fact included it for the express purpose of demonstrating defendants consistent publishing of statements as fact without ever bothering to verify the truthfulness of their statements.

11. Defendants in their Motions and Affidavits and have provided this Court with first hand examples of engaging in the very acts I have filed suit against them over.

12. I do at times remain in Nuevo Laredo, Tamaulipas Mexico for a few days before and or after undergoing medical procedures when the house is available for my use.

13. I hold a Laredo Trade Tag electronic Toll tag registered to 1520 Sherman St Laredo, Texas 78040

14. I as do many individuals residing on the Two Laredo's border refer to living in both.

15. I have been to Monterrey Nuevo Leon Mexico one (1) time in my 62 plus years of living on December 9, 2022 when I drove my friends wife to pick up her wedding dress for their January 7, 2023 wedding.

16. I do and have maintained personal belongings at 1520 Sherman St Laredo Texas since 2022 when my friend Mr. Gamez allowed me to use the property to have a place to stay rather than live in my vehicle.

Further, affiant sayeth naught.

Lawrence (Larry) W. Sinclair

**SUBSCRIBED AND SWORN TO** before me on the 31st day of January 2024, by **Lawrence (Larry) W. Sinclair**. Who is personally known to me.

Notary Public Signature

Isaura Margarita Alvarado

Notary Public State of Texas, County of Webb.

NOTARY SEAL

ISAURA MARGARITA ALVARADO
Notary Public, State of Texas
Comm. Expires 05-02-2024
Notary ID 130644579