# EXHIBIT 4

← **Post**



**Ed Krassenstein** ✓ 🅺
@EdKrassen

···

Larry Sinclair, the man who claims that he did cocaine and had sex with @BarackObama, has sued me and @Krassenstein for defamation over our claims which were actually true claims and not defamatory.

Today we filed two motions to dismiss in the case. We believe this is a frivolous lawsuit intended to get him attention and make him money.

You can't seek relief due to defamation if the claims made were actually true. He claims he didn't fail a lie detector test, yet the administrator of the test says he was "deceptive" as did the results of the test. He claims it was rigged, which essentially is an admission that he failed. He claims he didn't have a deceptive and criminal history that spanned a 27-year period. Public information shows otherwise. Public information also shows he was in fact convicted of forgery and theft, which is a type of fraud, yet claims it's defamatory for one to say he was convicted for fraud.

The other motion to dismiss concerns the fact that he doesn't appear to even live in the United States, let alone Texas (and neither do we), yet he's trying to sue us in Texas Federal Court.



6:20 PM · Jan 30, 2024 · **463.2K** Views