# EXHIBIT 5


Texas Department of Motor Vehicles

## REPLACEMENT RECEIPT

```
PROCESSING COUNTY: WEBB           TAC NAME: PATRICIA A. BARRERA
RESIDENT COUNTY: WEBB             DATE: 07/31/2023      EFFECTIVE DATE: 08/01/2023
PLATE NO: SZS                     TIME: 03:22PM         EXPIRATION DATE: 7/2024
DOCUMENT NO: 24031844762111716    EMPLOYEE ID: 12489    TRANSACTION ID: 24031445136152250
```

OWNER NAME AND ADDRESS
LAWRENCE WAYNE SINCLAIR

LAREDO, TX 78043

```
                                  REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
                                  PLATE TYPE: PASSENGER-TRUCK PLT
                                  ORGANIZATION:
                                  STICKER TYPE: WS

PREVIOUS PLATE NO: SJZ                          VEHICLE CLASSIFICATION: PASS-TRK
VEHICLE IDENTIFICATION NO:            5167
YR/MAKE: 2009/FORD   MODEL: ESC  BODY STYLE: LL   UNIT NO:
EMPTY WT: 3800   CARRYING CAPACITY: 0    GROSS WT: 3800
BODY VEHICLE IDENTIFICATION NO:                  TRAVEL TRLR LENGTH: 0
```

| INVENTORY ITEM(S) | YR | FEES ASSESSED | | |
|---|---|---|---|---|
| PASSENGER-TRUCK PLT | | REPLACEMENT FEE | $ | 6.00 |
| WINDSHIELD STICKER | 2024 | AUTOMATION FEE | $ | 0.50 |
| | | TOTAL | $ | 6.50 |

```
VEHICLE RECORD NOTATIONS              METHOD OF PAYMENT AND PAYMENT AMOUNT:
PAPER TITLE                                              CASH $        7.00
MAJOR COLOR: GRAY

                                      TOTAL AMOUNT PAID $        7.00
                                      CHANGE DUE        $        0.50
```

**IMPORTANT DOCUMENT: Please retain for your records.**
THIS RECEIPT TO BE CARRIED IN ALL COMMERCIAL VEHICLES.
Purchased registration remains with this vehicle and
will not be refunded if the vehicle is sold.