# EXHIBIT 7



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

**Account Statement**

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 7/1/2023 TO 7/31/2023
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| **BEGINING BALANCE** | **TOTAL DEBITS** | **TOTAL CREDITS** | **ENDING BALANCE** |
| $0.00 | $62.70 | $105.00 | $42.30 |

**TRANSACTION DETAILS**

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ███ | ███ | | | ████ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |
| ███ | ███ | ██ | ██ | ███ | ██ |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

## Account Statement

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 8/1/2023 TO 8/31/2023
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| **BEGINING BALANCE** | **TOTAL DEBITS** | **TOTAL CREDITS** | **ENDING BALANCE** |
| $42.30 | $45.90 | $103.00 | $99.40 |

## TRANSACTION DETAILS

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| ███ | ███ | | | █████████ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

## Account Statement

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 9/1/2023 TO 9/30/2023
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| BEGINING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
| $99.40 | $49.50 | | $49.90 |

### TRANSACTION DETAILS

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

## Account Statement

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 10/1/2023 TO 10/31/2023
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| BEGINING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
| $49.90 | $39.60 | | $10.30 |

## TRANSACTION DETAILS

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

**Account Statement**

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 11/1/2023 TO 11/30/2023
Account Balance: $14.60

**MESSAGE:**

**TAG ACCOUNT SUMMARY:**

| BEGINING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|
| $10.30 | $51.54 | $70.04 | $28.80 |

**TRANSACTION DETAILS**

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | ███████████ | ████ |
| ██████ | ██████ | ████ | ████ | ██████████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | ███████████ | ████ |
| ██████ | ██████ | ████ | ████ | ██████████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |
| ██████ | ██████ | ████ | ████ | █████ | ████ |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

**Account Statement**

Lawrence Wayne   Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 12/1/2023 TO 12/31/2023
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| **BEGINING BALANCE** | **TOTAL DEBITS** | **TOTAL CREDITS** | **ENDING BALANCE** |
| $28.80 | $78.35 | $83.95 | $34.40 |

**TRANSACTION DETAILS**

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |



P.O. Box 7019 Laredo, TX 78040

24-Hr Acct. Info Line: 1-866-536-8824

**Account Statement**

Lawrence Wayne  Sinclair
1520 Sherman St
Laredo, TX 78040

STATEMENT DATE : 1/30/2024
ACCOUNT NUMBER : 208208
FOR PERIOD : 1/1/2024 TO 1/31/2024
Account Balance: $14.60

**MESSAGE:**

| TAG ACCOUNT SUMMARY: | | | |
|---|---|---|---|
| BEGINING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
| $34.40 | $86.49 | $66.69 | $14.60 |

**TRANSACTION DETAILS**

| POSTING DATE | TRANSACTION DATE | TAG # | LOCATION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | █████████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | █████████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |
| ██████ | ██████ | ████ | ████ | ████ | ███ |