United States District Court
Southern District of Texas
**ENTERED**
February 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE W. SINCLAIR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-109 |
| | § | |
| BRIAN MARK KRASSENSTEIN *et al.* | § | |

## ORDER

Before the Court is Plaintiff's motion for a restraining order. (Dkt. No. 23). Pursuant to the Local Rules for the Southern District of Texas, opposed motions will be submitted to the judge 21 days from the date of filing. L.R. S.D. Tex. 7.3. Responses to motions must be filed by the submission date. L.R. S.D. Tex. 7.4.A. Accordingly, should Defendants choose to file a response in opposition or a statement of non-opposition to Plaintiff's motion, (Dkt. No. 23), they are **ORDERED** to do so no later than **Thursday, February 22, 2024**.

IT IS SO **ORDERED**.

**SIGNED** February 1, 2024.

_____
Christopher dos Santos
United States Magistrate Judge