# EXHIBIT 1

Plaintiff Lawrence (Larry) W. Sinclair Google Timeline

Maps For Jan 2023 thru Nov 2023































