UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR ) | |
| Plaintiff, Pro Se ) | |
| ) | Case No. 5:23-CV-109 |
| VS ) | |
| ) | |
| BRIAN MARK KRASSENSTEIN, et al ) | |
| Defendants. ) | |

**ORDER**

This matter having come before the Court by **PLAINTIFF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION (DKT 21) TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND IN THE ALTERNATIVE MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404. (DKT 29 replacing DKT 28 to reflect Defendants not opposing)** and Granting said Motion would better serve this Court and the parties in this Court ruling on defendants Motion,

This Court hereby GRANTS Plaintiff Unopposed Motion for Extension of Time to Respond, and as such,

1

Plaintiff Unopposed Motion for Extension of Time to Respond (DKT 29) is **GRANTED** and it is the **ORDER** of this Court setting the date by which Plaintiff must file his response to Defendants Motion (DKT 21) March 15, 2024.

**SO ORDERED** this _____ day of February 2024.

_____

U.S. Magistrate Judge