IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE (LARRY) W. SINCLAIR,<br>　*Plaintiff,*<br><br>v.<br><br>BRIAN MARK KRASSENSTEIN,<br>EDWARD LAWRENCE KRASSENSTEIN,<br>E&B ADVERTISING, INC., AND<br>FORUM ADVERTISING LLC,<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-CV-109 |

ORDER

The Court, having considered Plaintiff's Emergency Motion for Restraining Order on Defendants Edward Lawrence Krassenstein and Brian Mark Krassenstein (Dkt. 23) and Defendants' Response (Dkt. ___), now orders as follows:

_____ Plaintiff's Emergency Motion for Restraining Order is DENIED;

_____ Plaintiff's Emergency Motion for Restraining Order is DENIED, and Defendants' pending Motion to Transfer Venue is GRANTED, and this Court orders this case transferred to the United States Court for the Middle District of Florida, Fort Myers Division;

_____ Plaintiff's Emergency Motion for Restraining Order is DENIED, and Defendants' pending Motion to Transfer Venue is also DENIED.

                                                                                   _____
                                                                                   JUDGE PRESIDING

SIGNED THIS _____ DAY OF _____, 2024.