UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR ) | |
|     Plaintiff, Pro Se ) | |
| ) | Case No. 5:23-CV-109 |
| VS ) | |
| ) | |
| BRIAN MARK KRASSENSTEIN, et al ) | |
|     Defendants. ) | |

**ORDER**

This matter having come before the Court by **PLAINTIFF UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE INDEPENDENT RESPONSE SPECIFIC TO DEFENDANTS MULTIPLE ALTERNATIVE, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404;** and

Plaintiff having complied with **LR7. CIVIL PRETRIAL MOTION PRACTICE;** and

Defendants being **UNOPPOSED** to plaintiffs Motion, and Granting said Motion would better serve this Court and the parties in this Court ruling on defendants Motion, the COURT HEREBY:

1

1. _____ Plaintiff **UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE INDEPENDENT RESPONSE SPECIFIC TO DEFENDANTS MULTIPLE ALTERNATIVE, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 is GRANTED and Plaintiff shall file said response within Fourteen (14) days of the date of this ORDER**

2. _____ Plaintiff **UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE INDEPENDENT RESPONSE SPECIFIC TO DEFENDANTS MULTIPLE ALTERNATIVE, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 is DENIED and Plaintiff shall include his response to defendants Alternation Motion in Response to DKT 21 due March 22, 2024.**

SO ORDERED this \_\_\_\_\_ Day of _____, 2024.

_____

U.S. Magistrate Judge