United States District Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LAWRENCE W. SINCLAIR § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-109 |
| § | |
| BRIAN MARK KRASSENSTEIN *et al.* § | |

# ORDER

Before the Court is Plaintiff's unopposed motion. (Dkt. No. 36). In the motion, Plaintiff "respectfully asks this Honorable Court to GRANT plaintiff leave to file separate independent responses specific to defendants multiple Alternative Motions attached to DKT 20 and DKT 21." (*Id.* at 2). Plaintiff includes a response from Defendant's counsel stating they are unsure what Plaintiff is requesting but are unopposed. (*Id.*).

Docket entry number twenty (20) is Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), and in the alternative, motion to transfer venue. (Dkt. No. 20). Plaintiff filed a response to this motion on January 31, 2024. (Dkt. No. 22). Docket entry number twenty-one (21) is Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in the alternative, motion to transfer venue. (Dkt. No. 21). Plaintiff filed two duplicate requests for an extension of time to respond to Defendant's 12(b)(6) motion on February 2, 2024. (Dkt. Nos. 28 and 29). The Undersigned granted Plaintiff's request for an extension, and Plaintiff's current deadline to respond to Defendant's 12(b)(6) motion is March 22, 2024. (Dkt. No. 31).

Accordingly, Plaintiff's motion is **GRANTED in part** and **DENIED in part as moot**. (Dkt. No. 36). Since Plaintiff has already filed a response, (Dkt. No. 22), to Defendant's 12(b)(1) motion, (Dkt. No. 20), if Plaintiff wishes to file an amended response, he must do so no later than **March 22, 2024**. The deadline for responding to Defendant's Rule 12(b)(6) motion has not yet passed. (*See* Dkt. No. 31). Therefore, to the extent Plaintiff wishes to address venue in his response to that motion, Plaintiff' still has until **March 22, 2024**, to do so. (*Id.*).

IT IS SO **ORDERED**.

**SIGNED** February 20, 2024.

Christopher dos Santos
United States Magistrate Judge