# EXHIBIT 1

Plaintiffs Criminal History

Short Arizona case because of

Age & Process of Obtaining

# Colorado Court Database

**Case Number:** 1981CR365(District)        **Date Filed:** 1981-02-24

## People Of The State Of Colorado Vs. Sinclair, Larry
Theft

### Summary

|  |  |
|---|---|
| **Judge:** | Ronald M Mullins |
| **Court:** | Denver District |
| **Division:** | 10 |
| **EFiled:** | Y |
| **Appealed:** | |

### Case Status

Closed;

### Judge or Magistrate
Name              BAR Number
Ronald M Mullins  6659

### Agency
Agency      Agency Case  Tkt/Summons Nbr  Arrest Nbr
Denver PD

### Related Cases
Location  Case Number  Related Reason  Name

### Participants
Litigant                    Attorney
Sinclair, Larry
Defendant 1
DOB: 09/26/1961
Gender: Unknown
Race:

Alias: Sinclair, Lawrence

### Charges
Count  Date     Details
1      02/24/1981  Charges: Converted Description Theft
                Status: Main Charge
                Statute: 018004.00401.0
                Class: (OFFENSE CLASSIFICATIONS)
                Offense Date From: 02/24/1981

|   |            | Offense Date To: 02/24/1981 |
|---|------------|------------------------------|
|   |            | BAC: 0.000 |
|   |            | Arrest Date: 12/08/1964 |
|   |            | Plea Date: 02/24/1981 |
|   |            | Plea: Plea of Guilty |
| 2 | 02/24/1981 | Charges: Converted Description Theft |
|   |            | Status: Main Charge |
|   |            | Statute: 018004.00401.0 |
|   |            | Class: (OFFENSE CLASSIFICATIONS) |
|   |            | Offense Date From: 02/24/1981 |
|   |            | Offense Date To: 02/24/1981 |
|   |            | BAC: 0.000 |
|   |            | Arrest Date: 12/08/1964 |
|   |            | Disposition Date: 02/24/1981 |
|   |            | Disposition: Dism by Court |

## Scheduled Events
Date  Time  Details

## Proceedings

| Date       | Code | Description |
|------------|------|-------------|
| 06/07/1995 | CLCV | Closed Conversion |
| 06/08/1995 | CNVZ | Conversion Code |
| 06/08/1995 | CNVT | Conversion Code |
| 06/08/1995 | CNVS | Conversion Code |
| 06/08/1995 | CNVR | Conversion Code |
| 06/08/1995 | CNVL | Conversion Code |
| 06/08/1995 | CNVI | Conversion Code |
| 06/08/1995 | CNVH | Conversion Code |
| 06/08/1995 | CNVF | Conversion Code |
| 06/08/1995 | CNVE | Conversion Code |
| 06/08/1995 | CNVD | Conversion Code |
| 06/08/1995 | CNVC | Conversion Code |
| 06/08/1995 | CNVB | Conversion Code |
| 06/08/1995 | CNVA | Conversion Code |
| 07/24/1995 | MINC | Minute Order (print) |
| 07/28/1995 | FOTH | Filing Other |
| 10/11/1995 | FOTH | Filing Other |
| 11/24/1995 | FOTH | Filing Other |

## Judgments
# Date  Details

## Bond Information
ID  Details

## Financial Summary

```
Criminal History
 --FLORIDA CCH RESPONSE--
ATN/ANONCCHINET/CCHINET/LAWRENCE W
FC.DLE/2122212.PUR/P.ATN/ANONCCHINET/CCHINET/LAWRENCE W
        SID  NUMBER:            PURPOSE CODE:P          PAGE:    1
        BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
        A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                    -  FLORIDA  CRIMINAL  HISTORY  -
NAME                              STATE ID NO.  FBI NO.     DATE REQUESTED
AVILA, LARYE VIZCARRA                                      07/07/2008
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M    W         '1961  5'06''  130    HAZ   BRO   SC
--CONTINUED--

        SID  NUMBER:  2122212  PURPOSE CODE:P          PAGE:    2

FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.    SCR/MRK/TAT
DO 71 13 PM 18      XXX-XX-1284                                TAT UL ARM
07 DI 14 PI 17
---------------------------------------------------------------------
AKA                            DOB        SOC         SCR/MRK/TAT
---------------------------------------------------------------------
AVILAADAMS, LARYE VIZCARRA                 XXX-X
ADAMS, LARYE VIZCARRA
---------------------------------------------------------------------
ARREST-  1    04/06/1985   OBTS NO.-0000853767
  ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE             (FL0060000)
                                          OFFENSE DATE-
--CONTINUED--

        SID  NUMBER:            PURPOSE CODE:P          PAGE:    3

    CHARGE 001-LARCENY-
            GRAND
            002 CNTS,
            STATUTE/ORDINANCE-              LEVEL-FELONY
  JUDICIAL-
    AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER         (FL063025C)
    CHARGE 001 -COURT SEQ            COURT NO.-
       COURT DATA-LARCENY-
                        GRAND
            STATUTE/ORDINANCE-              LEVEL-FELONY
            DISP DATE-                 DISP-CONVICTED
            CONFINEMENT-1Y1D
        CRT PROVISIONS-   62D
--CONTINUED--

        SID  NUMBER:  2122212  PURPOSE CODE:P          PAGE:    4

                     CREDITED WITH TIME SERVED
  SUPERVISION OR CUSTODY-
    AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER         (FL063025C)
      AGENCY CASE-098146          STATUS-RECEIVED            ,06/11/1985
    AGENCY-DEPARTMENT OF CORRECTIONS                      (FL037205C)
      AGENCY CASE-098146       STATUS-DISCHARGED FROM CRIMINAL ,10/01/1985
---------------------------------------------------------------------
```

Miami-Dade County Clerk Criminal Justice and Civil Infraction Cases                    Page 1 of 2

**Court Case No.:** F86017266        **State Case No.:** 131986CF0172660001XX

**Name:** AVILA-ADAMS, LARYE VIZCARRA                          **Date of Birth:**        1961

**Date Filed:** 06/19/1986        **Date Closed:** 08/13/1986        **Warrant Type:**

**Assessment Amount:** $0.00        **Balance Due:** $0.00        **Stay Due Date:**

**Hearing Date:**        **Hearing Time:**        **Hearing Type:**

**Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 3-4

**Address:** 1351 N.W. 12 ST

**Previous Case:**        **Next Case:**

**Judge:** HIRSCH, MILTON        **Defense Attorney:** OSBORNE, MARIE

**Bfile Section:** F014        **File Location:** RECORD CENTER        **Box Number:** 79-0386

### Charges:

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | UTTER FORGED INSTRU | FELONY | CONV-PROB SPEC COND |
| 2 | UTTER FORGED INSTRU | FELONY | CONV-PROB SPEC COND |
| 11 | GRAND THEFT 2ND DEG | FELONY | CONV-PROB SPEC COND |
| 12 | GRAND THEFT 2ND DEG | FELONY | CONV-PROB SPEC COND |
| 22 | PROBATION VIOLATION | MISC HOLD | VOLUNTARILY WTHDRAWN |
| 3 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 4 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 5 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 6 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 7 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 8 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 9 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 10 | UTTER FORGED INSTRU | FELONY | NO ACTION |
| 13 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 14 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 15 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 16 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 17 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 18 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 19 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 20 | GRAND THEFT 2ND DEG | FELONY | NO ACTION |
| 21 | STOLEN PROP/DEAL IN | FELONY | NO ACTION |

### Additional Info:

**Probation Start Date:** 08/13/1986        **Probation End Date:** 08/13/1987

**Probation Length:** 1 YEARS        **Probation Type:** PROBATION

**Defendant in Jail:**        **Defendant Release to:**

**Bond Amount:** $0.00        **Bond Status:**

**Bond Type:**        **Bond Issue Date:**

### Dockets:

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 33 | 04/19/2005 | | ORDER: TERMINATING PROBATION |
| 30 | 08/25/2004 | | MOTION TO QUASH WARRANT FILED 08/27/2004 ORAL SET FOR 08/27/2004 AT 10:27 GRANTED |

http://www2.miami-dadeclerk.com/cjis/CasePrinter.aspx?case=F86017266                    6/9/2011

# Colorado Court Database

**Case Number:** 1986CR1349(District)          **Date Filed:** 1986-12-05

## People Of The State Of Colorado Vs. Avila, La-rye V
## Forgery

### Summary

**Judge:** Kenneth E Barnhill
**Court:** Jefferson County
**Division:** 5
**EFiled:** Y
**Appealed:**

### Case Status

Closed;

### Judge or Magistrate
Name                BAR Number
Kenneth E Barnhill  3508

### Agency
Agency              Agency Case  Tkt/Summons Nbr  Arrest Nbr
Conversion Agency

### Related Cases
Location  Case Number  Related Reason  Name

### Participants
Litigant            Attorney
Avila, La-rye V
Defendant 1
DOB: 09/26/1961
Gender: Unknown
Race:

### Charges
Count  Date        Details
1      12/05/1986  Charges: Converted Description Unauth Use Financial Trans Dev
                   Status: Main Charge
                   Statute: 018005.00702.0
                   Class: F4 (Class 4 Felony)
                   Offense Date From: 12/05/1986
                   Offense Date To: 12/05/1986
                   BAC: 0.000

|   |            | Plea Date: 12/05/1986<br>Plea: Plea of Guilty<br>Disposition Date: 12/05/1986<br>Disposition: Guilty |
|---|------------|---|
| 2 | 12/05/1986 | Charges: Converted Description Forgery 2nd Degree<br>Status: Main Charge<br>Statute: 018005.00103.0<br>Class: F4 (Class 4 Felony)<br>Offense Date From: 12/05/1986<br>Offense Date To: 12/05/1986<br>BAC: 0.000<br>Plea Date: 12/05/1986<br>Plea: Plea of Guilty |
| 3 | 12/05/1986 | Charges: Converted Description Unauth Use Financial Trans Dev<br>Status: Dismissed<br>Statute: 018005.00702.0<br>Class: M2 (Class 2 Misdemeanor)<br>Offense Date From: 12/05/1986<br>Offense Date To: 12/05/1986<br>BAC: 0.000<br>Disposition Date: 12/05/1986<br>Disposition: Dism by DA |

**Scheduled Events**

Date  Time  Details

**Proceedings**

| Date | Code | Description |
|------|------|-------------|
| 01/23/1995 | MOTN | Motion |
| 03/17/1995 | LETR | Letter |
| 03/29/1995 | ORDR | Order |
| 04/10/1995 | MOTN | Motion |
| 05/03/1995 | MOTN | Motion |
| 05/03/1995 | MISC | Miscellaneous |
| 05/08/1995 | ORDR | Order |
| 05/08/1995 | LETR | Letter |
| 05/09/1995 | ORDR | Order |
| 06/27/1995 | NOTC | Notice Filed |
| 07/10/1995 | MOTN | Motion |
| 07/12/1995 | ORDR | Order |
| 07/21/1995 | CNVZ | Conversion Code |
| 07/21/1995 | CNVT | Conversion Code |
| 07/21/1995 | CNVS | Conversion Code |
| 07/21/1995 | CNVR | Conversion Code |
| 07/21/1995 | CNVL | Conversion Code |
| 07/21/1995 | CNVI | Conversion Code |
| 07/21/1995 | CNVH | Conversion Code |

07/21/1995  CNVF   Conversion Code
07/21/1995  CNVE   Conversion Code
07/21/1995  CNVD   Conversion Code
07/21/1995  CNVC   Conversion Code
07/21/1995  CNVB   Conversion Code
07/21/1995  CNVA   Conversion Code
07/21/1995  CLCV   Closed Conversion
07/31/1995  MISC   Miscellaneous
09/14/1995  AFDT   Afdt
09/28/1995  MISC   Miscellaneous
01/18/1996  MOTN   Motion
02/07/1996  MOTN   Motion
02/12/1996  ORDR   Order
03/04/1996  MOTN   Motion
03/26/1996  ORDR   Order
08/16/1996  ORDR   Order
04/28/1997  ORDR   Order
05/07/1997  ORDR   Order
07/11/1997  MISC   Miscellaneous

**Judgments**
\# Date  Details

**Bond Information**
ID  Details

**Financial Summary**

| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Court Costs | $15.00 | $15.00 | $0.00 | $0.00 |
| Victim Compensation Fund | $75.00 | $75.00 | $0.00 | $0.00 |
| Accts Rcv Balance | $90.00 | $90.00 | $0.00 | $0.00 |