UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR ) | |
| Plaintiff, Pro Se ) | |
| ) | Case No. 5:23-CV-109 |
| VS ) | |
| ) | |
| BRIAN MARK KRASSENSTEIN, et al ) | |
| Defendants. ) | |

**PLAINTIFFS RESPONSE TO COURTS SUBPOENA (DKT 48) UPON ERIK GAMEZ**

PLAINTIFF, Lawrence (Larry) W. Sinclair, Pro Se respectfully files **PLAINTIFFS RESPONSE TO COURTS SUBPOENA (DKT 48) UPON ERIK GAMEZ** solely to bring to this Honorable Courts attention certain information before it so as to prevent plaintiffs friend from being again attacked and accused of lying by defendants.

In this Courts Subpoena the Court lists requested documentation including "…rental agreements…" in part be brought to March 25, 2024 hearing before this Court, and plaintiff ask this Honorable Court to review Dkt 2, Plaintiffs Motion & Application to Proceed IFP and specifically Numbers 6 & 8 in plaintiffs application to proceed IFP.

1

Plaintiff notices this Honorable Court that arrangements between plaintiff and Mr. Gamez have not been a rental agreement situation, there is no issue with providing the other information identified in the Courts subpoena, but plaintiff does not want Mr. Gamez stressing after already being accused of not being honest by defendants, and neither plaintiff nor Mr. Gamez intends to produce a document which has not been in existence or existed prior to the Courts Subpoena being issued.

Plaintiff is prepared to defend against defendants claims of diversity lacking and do so honestly and factually. Mr. Gamez is and has been always a good friend to plaintiff as has his whole family and plaintiff simply gives this Honorable Court advance notice of this information so as to prevent his stressing over this Courts ordering something that never existed. Especially when this Court was advised in plaintiffs filings from the beginning his living arrangements.

Wherefore Plaintiff Respectfully requests this Honorable Court be so advised in advance and understand said response is solely to protect plaintiffs friend from unnecessary stress or potential of being falsely accused of being dishonest again by defendants.

Submitted this 14th day of March 2024 in Laredo, Texas.

Respectfully Submitted,

*Lawrence Sinclair*

Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
602-583-3626
Email: lsnewsgroup@gmail.com

## CERTIFICATE OF SERVICE

I Lawrence (Larry) W. Sinclair HEREBY certify that a true and correct copy of the foregoing **PLAINTIFFS RESPONSE TO COURTS SUBPOENA (DKT 48) UPON ERIK GAMEZ** has been furnished electronically by Courts ECF-CM system to Charles A. Bennett cbennett@bennettlegal.com Counsel for Defendants this 14th day of March, 2024.

*Lawrence Sinclair*

Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
602-583-3626
Email: lsnewsgroup@gmail.com