AO 187 (Rev. 7/87) Exhibit and Witness List

United States Courts
Southern District of Texas
FILED

MAR 25 2024 MLR

Nathan Ochsner, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

Lawrence (Larry) W. Sinclair, Plaintiff, Pro-Se

V.

Brian Mark Krassenstein, et al, Defendants

**PLAINTIFF'S EXHIBIT LIST**

Case Number: 5:23-CV-109

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Christopher dos Santos | Lawrence (Larry) W. Sinclair, Pro Se | Charles Arthur Bennett |
| STATUS CONFERENCE DATE (S) | COURT ERO | COURTROOM DEPUTY |
| Monday; March 25, 2024 | Danya Garza | Mayra L. Ramirez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| A | | 3/25/2024 | ✓ | ✓ | City of Cocoa Sept 21, 2023 Notice of Hearing |
| B | | 3/25/2024 | ✓ | ✓ | Defendant Ed Krassensteins 4/27/2023 Post saying Tucker Carlson is a liar and not to be believed |
| C | | 3/25/2024 | ✓ | ✓ | 2023 Uber Tax Summary |
| D | | 3/25/2024 | ✓ | ✓ | Google Location History May 2023 22 Days at Home |
| E | | 3/25/2024 | ✓ | ✓ | Texas Drivers License and Change of Address |
| F | | 3/25/2024 | ✓ | ✓ | Texas Vehicle Registration |
| G | | 3/25/2024 | ✓ | ✓ | Voter Registration Effective Date Verification |
| H | | 3/25/2024 | ✓ | ✓ | 2014 Copyright Transfer Verification |
| I | | 3/25/2024 | ✓ | ✓ | Laredo Trade Tag Statements activity from July 2023 through March 23, 2024 |
| J | | 3/25/2024 | ✓ | ✓ | Screenshot of Defendants quoted post |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages