UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR ) | |
| Plaintiff, Pro Se ) | |
| ) | Case No. 5:23-CV-00109 |
| VS ) | |
| ) | |
| BRIAN MARK KRASSENSTEIN, et al ) | |
| Defendants. ) | |

**PLAINTIFF CONSENT NOTICE-REQUEST REGARDING CASE STATUS**

PLAINTIFF, Lawrence (Larry) W. Sinclair, Pro Se,

1. having conferred with Defendants Counsel;

2. conducting extensive research as to proper procedure for addressing pending matters (with no clear procedure or process discovered yet all possible processes mentioned giving warning party does not want to make presiding Judge angry);

3. Having ensure that any time allowed for filing of any request for reconsideration or appeal of any entered Order has expired; and

4. only having interest in all parties being able to move this case forward as expeditiously as Judicially as possible;

1

respectfully files this Notice-Request regarding Case Status.

On June 3, 2024 Plaintiff sent email to the courts Case Manager which was copied to defendants counsel; a PDF of the email was attached and provide the Case Manager and defendants counsel in the event the court decided it should be placed in the courts files. **Exhibit A**

Currently as set forth in the June 3, 2024 email, there are Two issues pending before the Court which both parties have pled and neither are capable of further filing responses or opposition to. They are:

### PENDING MATTER ONE

**DKT 21** Defendants Motion Pursuant to Rule 12 (b) 6 FRCP to Dismiss for Failure to State a Claim or in Alternative Motion to Transfer filed January 30, 2024.

Plaintiff filed Opposition/Response **DKT 43** filed March 2, 2024 & Supplement **DKT 45** filed March 5, 2024. Defendants did not file a reply. Any further pleading on this matter is time barred.

### PENDING MATTER TWO

**DKT 20 & 21** Defendants ALTERNATIVE, MOTIONS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 also part of **DKT 21** (Defendants made same Alternative Motion in DKT 20) filed January 30, 2024.

Plaintiff sought consent from Defendants to file separate & independent response to Alternative Motion which Defendants Consented. Plaintiff filed said independent separate response/opposition **DKT 37** filed February 19, 2024.

Honorable US Magistrate Judge dos Santos issued **ORDER DKT 39** on February 22, 2024, directing Defendants to file brief supporting motion to transfer by 5PM Friday March 8, 2024.

Defendants filed their response to the Courts Order **DKT 41** on March 1, 2024, moving to withdraw their motion with leave to refile later.

Plaintiff filed Objection to defendants' response to Courts Order and withdrawal of motion **DKT 42** on March 2, 2024. Defendants did not file any response to plaintiff's objection. Any further pleading on this matter is time barred.

 Plaintiff is in no way seeking to rush this Honorable Court by filing this Notice-Request. Plaintiff is aware this Honorable Court as well as most Courts have extensive caseloads they are managing. Only after considerable research was it determined that addressing pending matters with the Courts on matters pending 90 days or longer was suggested while the way it should be done clearly leaves one totally confused and extremely apprehensive.

 Plaintiff however refuses to buy into the claim addressing such issues could or would in any way cause a Judge to issue any ruling based on anger over being asked about matters pending before them. The pending matters do prevent the parties and this Honorable Court from moving forward as expeditiously as possible. Defendants were provided copy of this filing for review and advised Plaintiff they were "unopposed" to its filing.

Respectfully Submitted this 17th day of June 2024 in Laredo, Texas.

                                              Respectfully Submitted,

*Lawrence Sinclair*
Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
956-308-5266
Email: lsnewsgroup@gmail.com

## CERTIFICATE OF SERVICE

I Lawrence (Larry) W. Sinclair HEREBY certify that a true and correct copy of the foregoing **PLAINTIFF CONSENT NOTICE-REQUEST REGARDING CASE STATUS** has been furnished electronically by Courts ECF-CM system to Charles A. Bennett cbennett@bennettlegal.com Counsel for Defendants this 17th day of June, 2024.

*Lawrence Sinclair*
Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
956-308-5266
Email: lsnewsgroup@gmail.com

4