UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE (LARRY) W. SINCLAIR | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | Case No. 5:23-CV-00109 |
| VS | ) | |
| | ) | |
| BRIAN MARK KRASSENSTEIN, et al | ) | |
| Defendants. | ) | |

**PLAINTIFF MOTION TO WITHDRAW NOTICE OF APPEAL, AND COMBINED MOTION TO STAY AND TO RECUSE**

COMES NOW Lawrence (Larry) W. Sinclair, Plaintiff, pro se, and WITHDRAWS **Plaintiffs Notice of Appeal (Dkt 65)**; **Motion to proceed on Appeal in Forma Paupris (Dkt 66)**; **Combined Motion to Stay & Recuse (Dkt 68)** and **Transcript Request Order (Dkt 67)** and state as grounds therefore the following:

1. Plaintiff after considering the most efficient way to move this case forward and being confident in validity of plaintiffs cause of action it is the position of plaintiff that simply filing the Amended Complaint in this matter serves the interest of justice in the most expedient manner.

1

2. Plaintiff DOES NOT believe that any material as mentioned reflecting Defendants Motion to Dismiss claims was in any way intended to be nor does plaintiff believe it in anyway involved any bias or prejudice toward plaintiff.

3. This Honorable Courts Order (Dkt 62) is incredibly detailed and specific as to what Plaintiffs complaint must contain as set forth by the Court in addition to FRCP on Pleadings and Plaintiff is currently preparing the Amended Complaint to meet those stated standards.

4. The Court Order and its applying Plaintiffs Exhibit of the Courts Order and memorandum in *Parisi v Sinclair et al 1:10-cv-00897 RJL* which plaintiff attached to his response to defendants claim plaintiff was himself sue for defamation & libel to plaintiffs response related to the Polygraph Exam makes clear to plaintiff in filing his amended complaint it is absolutely imperative plaintiff make each claim crystal clear and independent.

5. Therefore, Plaintiff hereby withdraws the above referenced Notice, Motions, and intends to proceed with this case in accordance with this Honorable Courts Order dated August 20, 2024.

Respectfully Submitted this 22th<sup>th</sup> day of August 2024 in Laredo, Texas.

Respectfully Submitted,
*Lawrence W Sinclair*
Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
Email: lsnewsgroup@gmail.com

## CERTIFICATE OF SERVICE

I Lawrence (Larry) W. Sinclair HEREBY certify that a true and correct copy of the foregoing **PLAINTIFF MOTION TO WITHDRAW NOTICE OF APPEAL, AND COMBINED MOTION TO STAY AND TO RECUSE** has been furnished electronically by Courts ECF-CM system to Charles A. Bennett cbennett@bennettlegal.com Counsel for Defendants this 22th day of August, 2024.

*Lawrence W Sinclair*

Lawrence (Larry) W. Sinclair
Plaintiff, Pro Se
1520 Sherman Street
Laredo, Texas 78040
Email: lsnewsgroup@gmail.com