United States District Court
Southern District of Texas

**ENTERED**

August 26, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE SINCLAIR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-109 |
| | § | |
| BRIAN KRASSENSTEIN, *et al.* | § | |

## ORDER

Before the Court is Plaintiff Lawrence Sinclair's Motion to Withdraw his Notice of Filing of Appeal,[1] Motion to proceed *in forma pauperis* on appeal,[2] Transcript Order Request,[3] and combined Motion to Stay Time to File Amended Complaint and Motion for Recusal of the Honorable Marina Garcia Marmolejo[4] (Dkt. No. 69). Here, Plaintiff does not indicate whether Defendants oppose his motion to withdraw. *See* S.D. Tex. L.R. 7.1(D)(1)–(2) (denoting that, if opposed, the operative motion must "contain an averment that (1) [t]he movant has conferred with the respondent and (2) [c]ounsel cannot agree about the disposition of the motion"); *see also* S.D. Tex. L.R. 7.2 ("Motions without opposition . . . must bear in their caption 'unopposed.'").

Generally, a party has twenty-one days to file a response to an opposed motion. *See* S.D. Tex. L.R. 7.3; J. Garcia Marmolejo Civ. R. 6(A)(4). However, "[t]he Court may in its discretion, on its own motion or upon application, entertain and decide any

---

[1] (Dkt. No. 63).
[2] (Dkt. No. 66).
[3] (Dkt. No. 67).
[4] (Dkt. No. 68).

motion, shorten or extend time periods, and request or permit additional authority or supporting material." S.D. Tex. L.R. 7.8.; *see also Molina v. Equistar Chems. LP*, 261 F. App'x 729, 734 n.3 (5th Cir. 2008).

If Defendants oppose the motion, they are **ORDERED** to file responsive briefing no later than <u>**August 27, 2024**</u>. Plaintiff may then file a reply, if any, no later than <u>**August 30, 2024**</u>.

It is so **ORDERED**.

**SIGNED** August 26, 2024.

_____
Marina Garcia Marmolejo
United States District Judge