United States District Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAWRENCE SINCLAIR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-109 |
| | § | |
| BRIAN KRASSENSTEIN, *et al.* | § | |

# ORDER

Before the Court is Plaintiff Lawrence Sinclair's Unopposed Motion for Extension of Twenty (20) Additional Days from September 19, 2024, to File Amended Complaint (Dkt. No. 73). Therein, Plaintiff seeks a 20-day extension beyond the Court's current deadline of September 19, 2024, to file his second amended complaint (*id.* at 2; Dkt. Nos. 62 at 13; 71 at 3). Plaintiff advances that this additional time is required to "secure documents" necessary to re-plead his complaint (Dkt. No. 73 at 2). Notably, Defendants are amenable to this request (*id.* at 1).

The Court finds that good cause exists to extend the deadline. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ."). Accordingly, Plaintiff's motion (Dkt. No. 73) is hereby **GRANTED**. Plaintiff must file his second amended complaint on or by **Wednesday, October 9, 2024**.

It is so **ORDERED**.

**SIGNED** September 12, 2024.

Marina Garcia Marmolejo
United States District Judge