# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| LAWRENCE (LARRY) W. SINCLAIR ) | |
| Plaintiff, Pro Se ) | |
| ) | Case No. 5:23-CV-109 |
| VS ) | |
| ) | |
| BRIAN MARK KRASSENSTEIN, et al ) | |
| Defendants. ) | |

**PLAINTIFFS NOTICE AND MOTION TO DISMISS**

PLAINTIFF, Lawrence (Larry) W. Sinclair, pro se respectfully provides this Honorable Court with NOTICE that plaintiff became aware he has stomach cancer in late November 2024. Plaintiff has made decisions related to his health which make certain his condition will not improve and will certainly eventually result in plaintiffs death. After careful consideration being given to serval options available to plaintiff as they pertain to maintaining this action, plaintiff has decided to DISMISS the action instead. For purpose of clarity plaintiff makes known to this Court that NO settlement has been reached between the parties of any kind and this MOTION TO DISMISS is made solely based on plaintiffs decisions and ability to proceed with said action under the circumstances.

WHEREFORE based upon the above Plaintiff files his MOTION TO DISMISS here and ask this Honorable Court to enter ORDER DISMISSING the above captions action upon defendants forthwith.

**Wherefore** Plaintiff respectfully asks the Court to **GRANT Plaintiff NOTICE AND MOTION TO DISMISS**

Submitted this 19th day of February 2025 Laredo, Texas.

                Respectfully Submitted,

*Lwarence W Sinclair*

        Lawrence (Larry) W. Sinclair
        Plaintiff, Pro Se
        1520 Sherman Street
        Laredo, Texas 78040
        Email: lsnewsgroup@gmail.com

### CERTIFICATE OF SERVICE

I Lawrence (Larry) W. Sinclair HEREBY certify that a true and correct copy of the foregoing **PLAINTIFFS NOTICE AND MOTION TO DISMISS** has been furnished electronically by email through ECF-CM system to Charles A. Bennett cbennett@bennettlegal.com Counsel for Defendants this 19th day of February 2025.

*Lwarence W Sinclair*

        Lawrence (Larry) W. Sinclair
        Plaintiff, Pro Se
        1520 Sherman Street
        Laredo, Texas 78040
        Email: lsnewsgroup@gmail.com